**Order entered July 26, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00477-CV

## IN RE MICHELLE DETMER CAMPO AND ROSANNA CANTU, Relators

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-08938**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Gena Slaughter, Judge of the 191st Judicial District Court, to **VACATE** the associate judge's November 13, 2012 order granting Davaco, Inc.'s Rule 202 petition and to **RENDER** an order denying that petition.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

We **ORDER** that relators recover their costs of this original proceeding from real party in interest.

/s/     KERRY P. FITZGERALD
         JUSTICE